

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-19-2003

# DeBiec v. Cabot Corp

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-2507

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"DeBiec v. Cabot Corp" (2003). *2003 Decisions.* Paper 42.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/42

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO.  02-2507


MICHAEL ANTHONY DEBIEC,
ADMINISTRATOR OF THE ESTATE OF JANE
LOUISE GULDIN DEBIEC, DECEASED


v.


CABOT CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST
TO
CABOT BERYLCO, INC. KAWECKI BERYLCO INC.,A/K/A KBI KAWECKI
BERYLCO INDUSTRIES, INC. & THE BERYLLIUM CORPORATION;
NGK METALS CORP, INDIVIDUALLY AND AS SUCCESSOR TO THE
BERYLLIUM
CORPORATION, KAWECKI BERYLCO INC. A/K/A KBI, KAWECKI
CHEMICAL CO., & BERYLCO, INC.


Michael Anthony DeBiec,
                                          Appellant


_____

NO.  02-2508


SHARON J. REESER,
ADMINISTRATRIX OF THE THE
ESTATE OF GENEVA C. BARE, DECEASED


v.


CABOT CORPORATION, INDIVIDUALLY AND
AS SUCCESSOR IN INTEREST TO CABOT BERYLCO,
INC. KAWECKI BERYLCO INC.
a/k/a
KBI KAWECKI BERYLCO INDUSTRIES, INC. THE

BERYLLIUM CORPORATION;
NGK METALS CORPORATION, INDIVIDUALLY AND AS
SUCCESSOR TO THE BEYLLIUM CORPORATION,
KAWECKI BERYLCO INC.
a/k/a
KBI, KAWECKI CHEMICAL CO. BERYLCO, INC.

Sharon J. Resser,

Appellant

_____

NO. 02-2511

DENNIS J. BRANCO, PERSONAL
REPRESENTATION OF THE ESTATE
OF JOHN C. BRANCO, DECEASED

v.

CABOT CORPORATION, IDIVIDUALLY AND AS
SUCCESSOR IN INTEREST TO CABOT BERYLCO,
INC. KAWECKI BERYLCO INC.
a/k/a
KBI KAWECKI BERYLCO INDUSTRIES, INC. THE
BERYLLIUM CORPORATION;
NGK METALS CORP, INDIVIDUALLY AND AS
SUCCESSOR TO THE BERYLLIUM CORPORATION,
KAWECKI BERYLCO INC.
a/k/a
KBI, KAWECKI CHEMICAL CO. BERYLCO, INC;
BRUSH WELLMAN INC.

Dennis J. Branco,

Appellant

_____

NO. 02-2512

MARY I. RUSSO;
CHARLES F. RUSSO, H/H,

v.

CABOT CORPORATION, INDIVIDUALLY
AND AS SUCCESSOR IN INTEREST TO CABOT
BERYLCO, INC. KAWECKI BERYLCO INC.;
a/k/a
KBI KAWECKI BERYLCO INDUSTRIES, INC &
THE BERYLLIUM COPORATION C/O C.T. CORPORATION
SYSTEM;
NGK METALS CORPORATION, INDIVIDUALLY AND AS
SUCCESSOR TO THE BERYLLIUM CORPORATION, KAWECKI
BERYLCO INC.,
a/k/a
BERYLCO, INC. C/O C.T. CORPORATION SYSTEM

Mary I. Russo;
Charles F. Russo, h/h,

                                                        Appellants

—————————————————————————

Before: BECKER, Chief Judge,[*] RENDELL and AMBRO,
Circuit Judges.

(Opinion Filed:  December 5, 2003)

———————————————————

**ORDER AMENDING OPINION**

———————————————————

The slip opinion in this case is amended as follows:

1.   On page 5, line 7, change the sentence "We disagree as to plaintiffs Jane Debiec, Mary Russo,  and Shannon Reeser – based on the specific . . . ." to read: "We disagree as to Jane Debiec, Mary Russo, and Geneva Bare.  Based on the specific . . . ."

2.   On page 14, section "C", change "Shannon Reeser" to "Sharon Reeser".

3.   On page 36, line 6, delete "Supp. App.  at 23, d– d".

4.   On page 37, under Part IV. Conclusion, line 2, change "Shannon Reeser" to "Geneva

---

[*]Judge Becker completed his term as Chief Judge on May 4, 2003.

Bare".

5.      On page 37, in the last sentence, change "these three plaintiffs . . . ." to read: "Debiec, Russo, and Reeser".

BY THE COURT:


<u>/s/ Edward R. Becker</u>
Circuit Judge

DATED:   December 18, 2003
tyw/cc:    Ruben Honik, Esq.
           Joseph J. Urban, Esq.
           Neil S. Witkes, Esq.
           Karen M. Connors, Esq.
           James W. Gicking, Esq.